[*119]   *ALFRED S. PRINCE, Survivor of the late firm of Wm. Prince & Son, agt. WILLIAM CURRIE.

An order may be granted for the production of books and papers, to enable a plaintiff to furnish a proper *bill of particulars.*

A bill of particulars, for most purposes, is considered as a part of the pleading to which it refers. (*Starkweather* agt. *Kittle,* 17 *Wend.* 20; *Chrysler* agt. *James,* 1 *Hill,* 215.)

McDonald agt. Brace.

*April Term,* 1846.

MOTION for discovery of books and papers on an appeal from an order of circuit judge.

This was an action of assumpsit; declaration contained the common money counts. Plaintiff furnished a bill of particulars, which was decided to be insufficient on motion of defendant at February term, 1846, and judgment of non-pros ordered, unless plaintiff furnished a further bill.

Plaintiff then applied to the circuit judge of the first circuit for discovery of defendant's accounts with the firm of Wm. Prince & Son, in order to make a further bill of particulars; the application was denied, on the ground that the discovery sought was not within the 28th rule of this court, providing for the discovery of books and papers.

Plaintiff appealed from the order of the circuit judge to this court.

G. R. J. BOWDOIN, *plaintiff's counsel.*

WESTERN & EDWARDS, *plaintiff's attorneys.*

N. HILL, JR., *defendant's counsel.*

GEORGE BUCKHAM, *defendant's attorney.*

BEARDSLEY, Justice. The bill of particulars, for most purposes, is considered as a part of the pleading to which it refers, and the discovery sought is to enable the party to complete his declaration.

Motion granted.